| | |
|---|---|
| REQUESTOR'S NAME: | Wells Fargo Bank, N.A. |
| CORRESPONDENCE ADDRESS: | Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-8650 |
| TELEPHONE NO.: | 888-715-4315 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br>BART A SCHNELL<br>STEPHANIE M SCHNELL | Case No.: **14-41478**<br><br>Chapter: 7<br><br>**PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE** |

| | |
|---|---|
| Court's Claim Number: | **11** |
| Proof of Claim Amount: | **$4,527.84** |
| NEW ADDRESS: | Wells Fargo Payment Remittance Center<br>PO Box 51174<br>Los Angeles, CA 90051 |

Dated: 01/22/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title